UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1035

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE LUIS CHAVEZ | **Magistrate Case No. E1788921 (Class A)**<br><br>**COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea D. Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Alfredo N. Foster, Jr., MAJ, USA,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **19th day of March 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**JOSE LUIS CHAVEZ** did commit:

Possession of a Firearm on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Alfredo N. Foster, Jr.**

**ALFREDO N. FOSTER, JR., MAJ, USA**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF MAY 2024.**

**HONORABLE ANDREA D. BERGMAN**
**United States Magistrate Judge**

5/2/24 NK 6/6/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 3/19 2024 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

The defendant entered checkpoint 49 to make a delivery on Fort Dix. As a matter of protocol, the defendant was asked if they had any weapons in their vehicle where they stated, "no." Upon searching of the defendant's vehicle one black in color Taurus 9mm. hand gun was found with one magazine of 12 rounds of ball ammo. The weapon was seized and secured. The defendant was apprehended.

The foregoing statement is based upon:

- X my personal observation
- X my personal investigation
- X information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/19/2024 [signature]
Date (mm/dd/yyyy) Officer's Signature
68155

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 04/15/2024 10:44